# First District Court of Appeal
## State of Florida

_____

No. 1D2023-3282
_____

Brian Mychal Arey,

    Petitioner,

v.

People Florida, Inc./Chubb
Indemnity Insurance
Company and ESIS WC Claims,

    Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident: January 6, 2023.

January 24, 2024

Per Curiam.

Dismissed.

Roberts, Kelsey, and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Petitioner.

No appearance for Respondents.